**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

DUDLEY JACKLINE,

Plaintiff,

vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al.,

Defendants.

_______________________________/

No. CIV S-08-2433-CMK-P

ORDER

This action was opened as a prisoner civil rights complaint based on a letter written by plaintiff addressed to District Judge Lawrence K. Karlton.[1] In this letter, plaintiff appears to complain about the following: (1) misconduct of state post-conviction counsel; (2) mail tampering by prison officials; and (3) inadequate mental health care. Plaintiff states that he has tried to no avail to contact various federal agencies regarding his complaints. He also specifically states that "[t]his affidavit is not intended to be a cause of action; it is what it is a desperate attempted to contact the Federal Gov." He asks Judge Karlton to "contact the aprobet

[1] The court uses the word "plaintiff" only for ease of reference. It is unclear whether any civil action was intended.

[sic] Federal agency on my behalf. . . .”

Plaintiff is advised that neither this court, nor any specific judge of the court, can act in the context of an individuals complaints outside the scope of a properly filed action. Here, it appears that plaintiff is seeking thus that, given that he specifically states his letter was not intended as a legal action but a request for intervention on his behalf. Before addressing the unresolved fee status for this action, and possibly requiring plaintiff to pay a $350.00 filing fee, the court will provide plaintiff an opportunity to either request voluntary dismissal of this action, or file an amended complaint on the form provided by the court which sets forth legal claims and seeks appropriate relief. If plaintiff chooses the latter, he will be required to resolve the fee status for the case.

Failure to comply with this order may result in dismissal of the action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall file either an amended complaint or request for voluntary dismissal within 30 days of the date of this order; and

2. The Clerk of the Court is directed to forward to plaintiff the court’s form civil rights complaint by a state prisoner.

DATED: October 16, 2008

**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE