IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DUDLEY JACKLINE, | No. CIV S-08-2433-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, et al., | |
| Defendants. | |

      This action was opened as a prisoner civil rights complaint based on a letter written by plaintiff addressed to District Judge Lawrence K. Karlton.[1]  Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed.  The parties have not consented to Magistrate Judge jurisdiction and the court now finds that dismissal of this action is appropriate.  Therefore, the court will direct the random assignment of a District Judge at this time.  The court will address the reasons for dismissal by separate findings and recommendations.

---

[1] The court uses the word "plaintiff" only for ease of reference.  It is unclear whether any civil action was intended.

1

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to
2 randomly assign a District Judge to this case and to update the docket to reflect the new case
3 number.

5   DATED: December 2, 2008

                                        **CRAIG M. KELLISON**
                                        UNITED STATES MAGISTRATE JUDGE