IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DUDLEY JACKLINE,

    Plaintiff,

    vs.

CALIFORNIA DEPARTMENT
OF CORRECTIONS AND
REHABILITATION, et al.,

    Defendants.

No. CIV S-08-2433-WBS-CMK-P

FINDINGS AND RECOMMENDATIONS

/

This action was opened as a prisoner civil rights complaint based on a letter written by plaintiff addressed to District Judge Lawrence K. Karlton.[1] On October 17, 2008, the court directed plaintiff to file either a formal complaint on the form provided by the court or a request for voluntary dismissal. Plaintiff was warned that failure to comply could result in dismissal of the action. See Local Rule 11-110. To date, plaintiff has not complied.

/ / /

/ / /

---

[1] The court uses the word "plaintiff" only for ease of reference. It is unclear whether any civil action was intended.

1        The court must weigh five factors before imposing the harsh sanction of
2 dismissal.  See Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000); Malone v.
3 U.S. Postal Service, 833 F.2d 128, 130 (9th Cir. 1987).  Those factors are:  (1) the public's
4 interest in expeditious resolution of litigation; (2) the court's need to manage its own docket; (3)
5 the risk of prejudice to opposing parties; (4) the public policy favoring disposition of cases on
6 their merits; and (5) the availability of less drastic sanctions.  See id.; see also Ghazali v. Moran,
7 46 F.3d 52, 53 (9th Cir. 1995) (per curiam).  A warning that the action may be dismissed as an
8 appropriate sanction is considered a less drastic alternative sufficient to satisfy the last factor.
9 See Malone, 833 F.2d at 132-33 & n.1.  The sanction of dismissal for lack of prosecution is
10 appropriate where there has been unreasonable delay.  See Henderson v. Duncan, 779 F.2d 1421,
11 1423 (9th Cir. 1986).  Dismissal has also been held to be an appropriate sanction for failure to
12 comply with an order to file an amended complaint.  See Ferdik v. Bonzelet, 963 F.2d 1258,
13 1260-61 (9th Cir. 1992).

14        Given plaintiff's failure to prosecute this action, the court finds that dismissal is
15 an appropriate sanction.

16        Based on the foregoing, the undersigned recommends that this action be
17 dismissed, without prejudice, for lack of prosecution.

18        These findings and recommendations are submitted to the United States District
19 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 20 days
20 after being served with these findings and recommendations, any party may file written objections
21 with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
22 and Recommendations."  Failure to file objections within the specified time may waive the right
23 / / /
24 / / /
25 / / /
26 / / /

1  to appeal.  See Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: December 5, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE