1

2

3

4

5

6

7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                 **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   DUDLEY JACKLINE,                      No. CIV S-08-2433-CMK-P

12              Plaintiff,

13        vs.                              <u>ORDER</u>

14   CALIFORNIA DEPARTMENT
     OF CORRECTIONS AND
15   REHABILITATION, et al.,

16              Defendants.

17   _____/

18              This action was opened as a prisoner civil rights complaint based on a letter

19   written by plaintiff addressed to District Judge Lawrence K. Karlton.[1]  The matter was referred

20   to a United States Magistrate Judge pursuant to Eastern District of California local rules.

21              On December 8, 2008, the Magistrate Judge filed findings and recommendations

22   herein which were served on the parties and which contained notice that the parties may file

23   objections within a specified time.  No objections to the findings and recommendations have

24   been filed.

25   _____

26        [1]        The court uses the word "plaintiff" only for ease of reference.  It is unclear
     whether any civil action was intended.

                                            1

1    The court has reviewed the file de novo, and accepts the Magistrate Judge's

2  recommendation to dismiss this action without prejudice, not as a sanction for plaintiff's failure

3  to comply with the court's order to either file a formal complaint on the form provided by the

4  court or file a request for voluntary dismissal, but because the court construes plaintiff's inaction,

5  in light of the warning that failure to comply could result in dismissal of the action, to mean that

6  plaintiff has no interest in pursuing this action nnor any objection to its dismissal.

7    Accordingly, IT IS HEREBY ORDERED that this action be, and the same hereby

8  is, DISMISSED without prejudice.

9  DATED:  January 29, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2